

# U. S. Department of Justice
Drug Enforcement Administration

---

*www.dea.gov*                                        April 2, 2021


James Krasnoo, Esq.
Krasnoo Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810


RE:   Asset ID. No.:      21-DEA-672777
      Property:           $6,947.00 U.S. Currency

      Asset ID. No.:      21-DEA-672814
      Property:           $6,573.00 U.S. Currency
      Judicial District:  District of Massachusetts
      Claimant:           James Richard Cann

Dear Mr. Krasnoo,

The Drug Enforcement Administration (DEA) has received the submission regarding the above-referenced asset(s). The following information is provided:

The claim and petition have been accepted and this matter has been referred to the judicial district noted above. Please direct all inquiries regarding this matter to that office.

Further correspondence to DEA regarding this matter must reference the DEA asset identification number(s) noted above and must be addressed to the Forfeiture Counsel, Drug Enforcement Administration, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, Virginia 22152. Correspondence will be deemed *filed (or submitted)* on the **business** date it is actually received by the Forfeiture Counsel at the address listed above. Correspondence **will not be accepted nor considered filed on weekends or federal holidays,** or when it is received by any other office or official, such as a court, United States Attorney's Office, or local DEA office. In addition, a Claim or Petition is not considered filed or submitted if received facsimile transmission.

Finally, correspondence is not considered filed or submitted on the date it is mailed or delivered to any person for delivery to the Forfeiture Counsel.

Sincerely,

**LINDA RANNAZZISI**
Digitally signed by LINDA RANNAZZISI
Date: 2021.04.02 12:24:55 -04'00'

Asset Forfeiture Section
Office of Operations Management